**THIS ORDER IS SIGNED AND ENTERED.**



Dated: July 06, 2010

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

_____

WESTERN DISTRICT OF WISCONSIN
\*\*\*\*\*\*\*CHAPTER 13 PROCEEDING\*\*\*\*\*\*\*

In Re: Samantha L Wimmer            Bankruptcy No. 08-15276-13

Social Security Number  4781

ORDER OF DISMISSAL

In this district, this  July  2, 2010

The motion of   William A Chatterton,   party in interest, requesting this court to dismiss the Chapter 13 proceedings herein, having been heard, and the required notice having been given, and it appearing that cause does exist for dismissal of said case, in that debtor has materially defaulted under its Chapter 13 Plan, and that the best interests of the creditors and the estate will be served by dismissal.

IT IS ORDERED, that, pursuant to 11 USC 1307 (c), the proceedings herein are hereby dismissed.

IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing.  Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###